**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7458**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEVIN ADRIAN COX, a/k/a Roundman, a/k/a
Fatboy,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CR-94-
454-PJM, CA-00-2984-PJM)

---

Submitted: March 6, 2003          Decided: March 13, 2003

---

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kevin Cox, Appellant Pro Se. Stuart A. Berman, Assistant United
States Attorney, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin Adrian Cox seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Cox has not made a substantial showing of the denial of a constitutional right.  See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659 (U.S. Feb. 25, 2003) (No. 01-7662), at *10. In addition, we decline to address issues raised for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).  Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2